| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | TODD PICKLES<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2766<br>Facsimile: (916) 554-2900 |

**FILED**

JUN 18 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE APPLICATION ) 2:13-SW-0408   EFB
OF THE UNITED STATES             ) NO. 2:13-SW-
OF AMERICA FOR AUTHORIZATION TO  )
OBTAIN LOCATION DATA CONCERNING  )
CELLULAR TELEPHONES ASSIGNED     ) SEALING ORDER
TELEPHONE NUMBERS: (909) 347-3293 and )
(909) 717-5281                   )

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the file in the above-captioned matter be, and is, hereby ordered sealed until further order of this Court.

DATED: 6-18-2013

HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE